JOHN CRUDEN
Assistant Attorney general
MARTIN F. MCDERMOTT, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
601 D. Street N.W., Suite 8000
Washington, DC 20004
Telephone: (202) 514-4122
martin.mcdermott@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, BAY.ORG d/b/a THE BAY INSTITUTE, and DEFENDERS OF WILDLIFE,<br><br>Plaintiffs,<br><br>v.<br><br>GINA McCARTHY, in her official capacity as Administrator of the United States Environmental Protection Agency, and ALEXIS STRAUSS, in her official capacity as Acting Regional Administrator of the United States Environmental Protection Agency Region 9,<br><br>Defendants. | Case No. 4:16-CV-2184 JST<br><br>**JOINT STIPULATION, INCLUDING** ~~**PROPOSED**~~ **ENDORSEMENT ORDER, EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**No Hearing Requested** |

   Pursuant to Civil Local Rule 6-1, Plaintiffs Natural Resources Defense Council, Bay.Org d/b/a The Bay Institute, and Defenders of Wildlife (collectively, "Plaintiffs"), and Defendants Gina McCarthy, in her official capacity as Administrator of the United States Environmental Protection Agency ("EPA"), and Alexis Strauss, in her official capacity as Acting Regional Administrator of EPA Region 9 (together, "EPA"), hereby stipulate that the due date for EPA to

answer or otherwise respond to Plaintiffs' Complaint is extended until July 18, 2016.  A proposed Order is submitted below.

  Respectfully submitted, this 17th day of June, 2016:

/s/ *Martin F. McDermott*
MARTIN F. MCDERMOTT
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
martin.mcdermott@usdoj.gov
*Attorney for Defendants*


/s/ *Katherine Poole*
KATHERINE POOLE
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel: (415) 875-6100
kpoole@nrdc.org
*Attorney for Plaintiffs NRDC*

/s/ *McCrystie Adams*
MCCRYSTIE ADAMS
Defenders of Wildlife
535 16th St., Suite 310
Denver, CO 80202
Telephone: (720) 943-0459
madams@defenders.org
*Attorney for Plaintiffs Defenders of Wildlife and The Bay Institute*

**ENDORSEMENT**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

June 23, 2016
DATE

UNITED STATES DISTRICT JUDGE