UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GINA MCCARTHY, et al.,<br><br>Defendants. | Case No. 16-cv-02184-JST<br><br>**ORDER GRANTING IN PART STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND ENLARGE TIME**<br><br>Re: ECF No. 42 |

The parties' Stipulation to Reschedule Case Management Conference and Enlarge Time to File Opposition and Reply Briefs Re: Defendants' Motion to Dismiss Plaintiffs' Complaint is granted in part. The Court hereby orders as follows:

The due date for Plaintiffs to file their Opposition is extended until August 19, 2016 at 5:00 p.m.

The due date for EPA to file its Reply is extended until September 9, 2016 at 5:00 p.m.

The hearing date for EPA's Motion to Dismiss is continued to November 3, 2016 at 2:00 p.m.

The Case Management Conference currently scheduled for August 3, 2016 is continued to December 7, 2016 at 2:00 p.m. A Joint Case Management Statement is due on November 28, 2016 at 5:00 p.m.

IT IS SO ORDERED.

Dated: July 26, 2016

_____
JON S. TIGAR
United States District Judge