UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GINA MCCARTHY, et al.,<br><br>    Defendants. | Case No.16-cv-02184-JST<br><br>**ORDER**<br><br>Re: ECF No. 55 |

    The Court has received Defendants' stipulated request for a two-day extension of time to file their reply brief in support of their motion to dismiss. ECF No. 55. Defendants base their request on the government's desire to spend two additional days completing its internal review of its brief. The government's internal review process is not a new or unanticipated event. Also, the request was filed on the day the reply brief was due, leaving no time for the Court to consider the request and still require that the brief be timely filed.

    Nonetheless, the Court grants the request. Future requests for enlargement of time that either fail to state good cause or leave insufficient time for the Court's review will likely be denied, even if the requests are the subject of a stipulation.

    IT IS SO ORDERED.

Dated: September 20, 2016

                                       JON S. TIGAR
                                United States District Judge