COUNSEL IDENTIFICATION ON FINAL PAGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>SCOTT PRUITT, Administrator of the United States Environmental Protection Agency, *et al.*,<br><br>   Defendants. | Case No. 3:16-CV-02184-JST<br><br>**STIPULATION AND [PROPOSED] ENDORSEMENT ORDER TO ENLARGE DISPOSITIVE MOTIONS DEADLINE BY TWO WEEKS**<br><br>Judge: Hon. Jon S. Tigar<br><br>No Hearing Requested |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, *et al.*,<br><br>   Intervenors-Defendants. | |

Pursuant to Civil Local Rule 6-2, Natural Resources Defense Council, Bay.Org d/b/a The Bay Institute, and Defenders of Wildlife (collectively, "Plaintiffs"), Defendants Scott Pruitt, in his official capacity as Administrator of the United States Environmental Protection Agency, and Alexis Strauss, in her official capacity as Acting Regional Administrator of Environmental Protection Agency Region 9 (collectively, "EPA"), San Luis & Delta-Mendota Water Authority, Westlands Water District, and San Joaquin Tributaries Association (collectively, "Defendant-Intervenors"), submit the following stipulation. In light of EPA's filing on May 25, 2017, Docs. 96, 96-1, the parties stipulate to enlarge the existing deadlines for dispositive motions established in the February 22, 2017 Scheduling Order, Doc. 83, by two weeks:

1. The deadline to file dispositive motions is extended from May 30, 2017 to June 13, 2017;
2. The deadline to file dispositive motion oppositions is extended from June 29, 2017 to July 13, 2017;
3. The deadline to file dispositive motion replies is extended from July 20, 2017 to August 3, 2017;
4. The hearing date for dispositive motions is extended from August 3, 2017 to August 17, 2017, or the Court's earliest convenience.

**ENDORSEMENT**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: Oc{"4; ."4239_____ _____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE

1

STIPULATION AND [PROPOSED] ENDORSEMENT ORDER TO ENLARGE DISPOSITIVE MOTION
DEADLINES BY TWO WEEKS – CASE NO. 3:16-CV-02184-JST

| | | |
|---|---|---|
| 1 | Dated: May 26, 2017 | Respectfully submitted, |
| 2 | | /s/ Katherine Poole |

KATHERINE POOLE
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Telephone: (415) 875-6100
Facsimile: (415) 875-6161
kpoole@nrdc.org

*Attorneys for Plaintiff NRDC*

HAMILTON CANDEE
BARBARA JANE CHISHOLM
TONY LOPRESTI
CORINNE JOHNSON
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
hcandee@altber.com;
bchisholm@altber.com;
tlopresti@altber.com;
cjohnson@altber.com

*Attorneys for Plaintiff NRDC*

MCCRYSTIE ADAMS
DEFENDERS OF WILDLIFE
535 16th Street, Suite 310
Denver, CO 80202
Telephone: (720) 943-0459
madams@defenders.org

*Attorney for Plaintiffs Defenders of Wildlife and The Bay Institute*

Dated: May 26, 2017                    /s/ Martha Mann (as authorized on 5/26/17)

MARTHA MANN
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
Telephone: (202) 514-4122
martha.mann@usdoj.gov

*Attorney for Defendants*

2

STIPULATION AND [PROPOSED] ENDORSEMENT ORDER TO ENLARGE DISPOSITIVE MOTION
DEADLINES BY TWO WEEKS – CASE NO. 3:16-CV-02184-JST

| | |
|---|---|
| 1 | */s/* <u>Daniel J. O'Hanlon (as authorized on 5/26/17)</u> |
| 2 | DANIEL J. O'HANLON |
| 3 | KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD |
| 4 | A Professional Corporation |
| 5 | 400 Capitol Mall, 27th Floor<br>Sacramento, California 95814 |
| 6 | Telephone: (916) 321-4500<br>dohanlon@kmtg.com |
| 7 | *Attorneys for Defendant-Intervenors,* |
| 8 | *San Luis & Delta Mendota Water Authority and Westlands Water District* |
| 9 | |
| 10 | */s/* <u>Tim Wasiewski (as authorized on 5/26/17)</u> |
| 11 | TIM O'LAUGHLIN (SBN 116807)<br>VALERIE C. KINCAID (SBN 231815) |
| 12 | TIMOTHY J. WASIEWSKI (SBN 302306) |
| 13 | O'LAUGHLIN & PARIS LLP |
| 14 | 2617 K Street, Suite 100<br>Sacramento, CA 95816 |
| 15 | Telephone: 916.993.3962<br>towater@olaughlinparis.com |
| 16 | vkincaid@olaughlinparis.com<br>tw@olaughlinparis.com |
| 17 | *Attorneys for Defendant-Intervenor San Joaquin Tributaries Authority* |

3

STIPULATION AND [PROPOSED] ENDORSEMENT ORDER TO ENLARGE DISPOSITIVE MOTION
DEADLINES BY TWO WEEKS – CASE NO. 3:16-CV-02184-JST